UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| DAWN MARIE KOONTZ, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 5:16-cv-1807-MGL-KDW |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, [1] | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, has moved this Court, pursuant to 42 U.S.C. ' 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.  ECF No. 20.  Plaintiff consents to Defendant's motion.  *Id.*

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner=s decision with remand in Social Security actions under sentence four of 42 U.S.C. ' 405(g), and in light of the Commissioner=s request for remand of this action for further proceedings, this Court hereby

**ORDERS** that the Defendant's motion is **GRANTED**, and this action is **REMANDED** to the Commissioner for further evaluation under sentence four of 42 U.S.C. ' 405(g).  The Clerk of Court is directed to enter a final judgment ending this action.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

Signed this 6th day of February 2017.

                                              s/Mary Geiger Lewis
                                              MARY GEIGER LEWIS
                                              UNITED STATES DISTRICT JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).